FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-0353
_____

GILBERT LEE STANLEY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

July 17, 2024

PER CURIAM.

The Court dismisses the petition for writ of mandamus as moot. *See Farrior v. State*, 343 So. 3d 159, 160 (Fla. 1st DCA 2022) (dismissing the petition for writ of mandamus as moot where the trial court had given the petitioner a ruling on the pending pleading below).

ROWE, NORDBY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Gilbert Lee Stanley, pro se, Petitioner.

Ashley Moody, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.